**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00506-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RAYSEAN ALLEN WILLIAMS,

        Defendant.

---

**ORDER**

---

Upon the Joint Motion to Reduce Sentence to Time Served (Doc 158 - filed June 12, 2013), it is

ORDERED that the Motion is GRANTED and Defendant's sentence is modified to time served in order to implement the purpose and intent of the original sentence pursuant to its inherent discretion in the interests of justice, pursuant to Fed. R. Crim. P. R. 35(a) and 36.

                                    BY THE COURT:


                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: June 13, 2013